MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

| | |
|---|---|
| FLORIDA ROBLES and JULIE PUGRAD-GALVAN, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION; and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No. 2:19-cv-00047-DMG-PLA<br>Honorable Dolly M. Gee<br><br>**ORDER RE**<br>**STIPULATED PROTECTIVE ORDER**<br><br>Pretrial Conf.: March 8, 2019<br>Trial: Not set |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is granted.

IT IS SO ORDERED.

Dated: October 21, 2019

*/s/ Paul L. Abrams*

PAUL L. ABRAMS
United States Magistrate Judge